◼ FIBRE HOLDING CORPORATION, Appellant, v BOISE CASCADE CORPORATION, Respondent.—Order unanimously affirmed

with costs for reasons stated at Supreme Court, Inglehart, J. (Appeal from order of Supreme Court, Jefferson County, Inglehart, J.—summary judgment.) Present—Callahan, J. P., Denman, Green, Pine and Balio, JJ.